CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
~~for~~ Roanoke
JUL 23 2009
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| WILLIAM NEWBERRY BLANKENSHIP, Plaintiff, | ) ) ) ) | Civil Action No. 7:09-cv-00256 |
| v. | ) ) | **ORDER** |
| SWVRJ – ABINGDON, Defendant. | ) ) ) | By: Hon. Jackson L. Kiser Senior United States District Judge |

In accordance with the written memorandum opinion entered this day, it is hereby

**ORDERED**

that the plaintiff's complaint is **DISMISSED** as frivolous, pursuant to 28 U.S.C. § 1915A(b)(1), and the case is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to the plaintiff.

ENTER: This 23rd day of July, 2009.

/s/ Jackson L. Kiser
Senior United States District Judge